**CERTIFICATE OF SERVICE**

I, Colin R. Robinson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint were made October 22, 2018 by:

☒    Mail Service: Regular, first class United States mail, postage fully pre-paid, and certified mail, return receipt requested addressed to:

**SEE ATTACHED SERVICE LIST**

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 22, 2018                    */s/ Colin R. Robinson*
                                               Colin R. Robinson (DE Bar No. 5524)
                                               PACHULSKI STANG ZIEHL & JONES LLP
                                               919 North Market Street, 17th Floor
                                               Wilmington, DE  19899-8705 (Courier 19801)

Tintri – Service List re Dasher Technologies
Main Case No. 18-11625 (KJC)
Adv. Case No. 18-50927 (KJC)
Doc. No. 221615
01 – First Class Mail
01 – Certified Mail

**First Class Mail**
Dasher Technologies, Inc.
675 Campbell Technology Parkway
Suite 100
Campbell, CA  95008

**Certified Mail**
Dasher Technologies, Inc.
675 Campbell Technology Parkway
Suite 100
Campbell, CA  95008