## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,[1]<br><br>          Debtor. | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>DASHER TECHNOLOGIES, INC.,<br><br>          Defendants. | Adversary No. 18-50927 (KJC) |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 10th day of December, 2018, I

caused a copy of the following document(s) to be served on the individuals on the attached

service list in the manner indicated:

**NOTICE OF AGENDA FOR TELEPHONIC HEARING ON DECEMBER 12, 2018, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN J. CAREY**

*/s/ Colin R. Robinson*
Colin R. Robinson (Bar No. 5524)

---

[1]    The last four digits of the Debtor's federal taxpayer identification number are 6978.  The Debtor's service address is: 303 Ravendale Drive, Mountain View, CA 94043.

Tintri 2002 Service List Email and
Overnight (no fax)
Case No. 18-11625 (KJC)
Document No. 220366
44 – Email
01 – Express Mail
02 – Overnight Delivery


(Counsel to Debtor)
James E. O'Neill, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

*EXPRESS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*OVERNIGHT DELIVERY*
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*OVERNIGHT DELIVERY*
(Debtor)
Tintri, Inc.
Attn:  Robert J. Duffy
303 Ravendale Drive
Mountain View, CA  94043

*VIA EMAIL*
(UST)
Timothy J. Fox, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
**Email: timothy.fox@usdoj.gov**

*VIA EMAIL*
*([Proposed] Counsel to the Official*
*Committee of Unsecured Creditors)*
Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
**Email: matthew.ward@wbd-us.com;**
**ericka.johnson@wbd-us.com;**
**morgan.patterson@wbd-us.com**

*VIA EMAIL*
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899
**Email: usade.ecfbankruptcy@usdoj.gov**

*VIA EMAIL*
(State Attorney General)
Matthew P. Denn, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 North French Street
Wilmington, DE  19801
**Email: attorney.general@state.de.us**

*VIA EMAIL*
Zillah A. Frampton, Bankruptcy
Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 North French Street
Wilmington, DE  19801
**Email: zillah.frampton@state.de.us**

*VIA EMAIL*
(Co-Counsel to Silicon Valley Bank,
Prepetition Senior Secured Lender)
Gregory A. Taylor, Esquire
David F. Cook, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899-1150
**Email: gtaylor@ashbygeddes.com
dcook@ashbygeddes.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP
Lender)
Christopher A. Ward, Esquire
Stephen J. Astringer, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**Email: cward@polsinelli.com
sastringer@polsinelli.com**

*VIA EMAIL*
Secretary of State
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE 19901
**Email:
DOSDOC_Bankruptcy@state.de.us**

*VIA EMAIL*
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

*VIA EMAIL*
(United States Attorney General)
Jeff Sessions, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

*VIA EMAIL*
(Pension Benefit Guaranty Corporation)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005
**Email: efile@pbgc.gov**

*VIA EMAIL*
(Securities and Exchange Commission)
Andrew Calamari
NY Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281-1022
**Email: nyrobankruptcy@sec.gov**

*VIA EMAIL*
Securities and Exchange Commission -
Headquarters
100 F Street, NE
Washington, DC 20549
**Email: secbankruptcy@sec.gov**

*VIA EMAIL*
Securities and Exchange Commission
Sharon Binger
Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

*VIA EMAIL*
(Co-Counsel to Silicon Valley Bank,
Prepetition Senior Secured Lender)
Donald E. Rothman, Esquire
Paul S. Samson, Esquire
Alexander G. Rheaume, Esquire
Riemer & Braunstein LLP
Three Center Plaza, Suite 600
Boston, MA 02108
**Email: drothman@riemerlaw.com
psamson@riemerlaw.com
ARheaume@riemerlaw.com**

*VIA EMAIL*
(Co-Counsel to Silicon Valley Bank,
Prepetition Senior Secured Lender)
Steven E. Fox, Esquire
Riemer & Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
**Email: sfox@riemerlaw.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP
Lender)
Jeremy R. Johnson, Esquire
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, NY 10016
**Email: jeremy.johnson@polsinelli.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP
Lender)
Timothy W. Walsh, Esquire
Riley T. Orloff, Esquire
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173
**Email: twwalsh@mwe.com**
**rorloff@mwe.com**

*VIA EMAIL*
(Counsel to TriplePoint Capital LLC, DIP
Lender)
Gary B. Rosenbaum, Esquire
McDermott Will & Emery
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
**Email: grosenbaum@mwe.com**

*VIA EMAIL*
(Counsel to DataDirect Networks, Inc )
John H. Knight
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: knight@rlf.com**

*VIA EMAIL*
(Counsel to DataDirect Networks, Inc )
Blase P. Dillingham
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Boulevard
Los Angeles, CA 90064
**Email: bdillingham@manatt.com**

*VIA EMAIL*
(Counsel to DataDirect Networks, Inc )
Alan M. Noskow
Manatt, Phelps & Phillips, LLP
1050 Connecticut Ave. NW, Suite 600
Washington, DC 20036
**Email: anoskow@manatt.com**

*VIA EMAIL*
(Counsel for Oracle America, Inc.,)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
**Email: schristianson@buchalter.com**

*VIA EMAIL*
(Counsel for Flextronics International USA,
Inc.)
Richard G. Hardy, Esq.
Todd A. Atkinson, Esq.
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
**Email: rhardy@ulmer.com;**
**tatkinson@ulmer.com**

*VIA EMAIL*
(Counsel for Reinhart Boerner Van Deuren
s.c.)
Michael D. Jankowski, Esq.
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
**Email: mjankowski@reinhartlaw.com**

*VIA EMAIL*
(Counsel for ICG)
Brad Chibos
999 W. Taylor Suite B
San Jose, CA 95126
**Email: brad@chibos.com**

*VIA EMAIL*
(Counsel for Creditor Groupware
Technology, Inc.)
Monique D. Jewett-Brewster
Hopkins & Carley
70 South First Street
San Jose, CA 95113
**Email: mjb@hopkinscarley.com**

*VIA EMAIL*
(Counsel to 303 MVRP LLC)
Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
**Email: jphitchings@duanemorris.com**

*VIA EMAIL*
(Counsel to 303 MVRP LLC)
Marcus O. Colabianchi , Esquire
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105
**Email: MColabianchi@duanemorris.com**

*VIA EMAIL*
(Attorneys for Business Objects Software
Limited t/a SAP Solutions and Concur
Technologies, Inc.)
Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
**Email: dludman@brownconnery.com**

*VIA EMAIL*
(Attorneys for BlackLine, Inc.)
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
**Email: ppascuzzi@ffwplaw.com**

*VIA EMAIL*
(Counsel for Business Objects Software
Limited t/a SAP Solutions and Concur
Technologies, Inc.)
Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
**Email: dludman@brownconnery.com**

*VIA EMAIL*
(Counsel for BlackLine, Inc.)
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
**Email: ppascuzzi@ffwplaw.com**

*VIA EMAIL*
(Counsel for BXP Research Park LP)
Douglas B. Rosner, Esq.
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110-3333
**Email: drosner@goulstonstorrs.com**

*VIA EMAIL*
(Counsel for Creditor salesforce.com, inc.)
Thomas M. Gaa, Esquire
Bialson, Bergen & Schwab, A Professional
Corporation
633 Menlo Ave., Suite 100
Menlo Park, CA 94025
**Email:** Tgaa@bbslaw.com

*VIA EMAIL*
(Counsel for Commonwealth of
Pennsylvania, Department of Revenue)
Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA  19103
crmomjian@attorneygeneral.gov

*VIA EMAIL*
AGBankDelaware@ag.tn.gov
(Counsel to TN Dept of Revenue)
Laura L. McCloud, Esquire
Senior Assistant Attorney
Office of the Attorney General Bankruptcy
Division
PO Box 20207
Nashville, TN  37202-0207

*VIA EMAIL*
(Counsel for Synopsys, Inc.)
Mark A. Fink, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE  19801
mfink@mmwr.com

Tintri – 12/12/18 Agenda Additional Party Svc. List
Main Case No. 18-11625 (KJC)
Adv. Case No. 18-50927
Doc. No. 222243
01 - Email

**Email:  bkeenan@ashbygeddes.com**
(Counsel for Dasher Technologies, Inc.)
Benjamin W. Keenan, Esquire
Ashby & Geddes
500 Delaware Avenue
PO Box 1150
Wilmington, DE  19899