**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,<br><br>    Debtor.[1] | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.<br><br>    Plaintiff,<br><br> v.<br><br>DASHER TECHNOLOGIES, INC.,<br><br>    Defendant. | Adv. No. 18-50927 (KJC) |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER
APPROVING STIPULATION DISMISSING COMPLAINT WITHOUT PREJUDICE**

    The undersigned counsel for the above captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

    1.  On October 22, 2018, the Debtor filed a *Complaint for Breach of Written Contract and Turnover* against Dasher Technologies, Inc. (the "Complaint") [Docket No. 1].

    2.  On November 21, 2018, the parties entered in that certain *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* [Docket No. 5].

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 75 State Street, 18th Floor, Suite 1805, Boston, MA 02109.

3.  The parties have been engaged in informal discussions and have agreed to dismiss the Complaint and have entered into a *Stipulation Dismissing Complaint Without Prejudice* (the "Stipulation").

4.  A proposed form of order approving the Stipulation is attached hereto as **Exhibit A**. A copy of the Stipulation is attached to the proposed form of order as Exhibit 1.

5.  Accordingly, the Parties respectfully request entry of the Proposed Order at the Court's earliest convenience.

Dated: December 18, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
James I. Stang (CA Bar No. 94435)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  rpachulski@pszjlaw.com
    jstang@pszjlaw.com
    jpomerantz@pszjlaw.com
    bsandler@pszjlaw.com
    crobinson@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

# **EXHIBIT A**

DOCS_SF:98559.1 83990/002

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,<br><br>       Debtor.[1] | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.<br><br>       Plaintiff,<br><br>       v.<br><br>DASHER TECHNOLOGIES, INC.,<br><br>       Defendant. | Adv. No. 18-50927 (KJC) |

## ORDER APPROVING STIPULATION
## DISMISSING COMPLAINT WITHOUT PREJUDICE

Upon certification of counsel for the above-captioned debtor (the "Debtor") for entry of an order approving the *Stipulation Dismissing Complaint Without Prejudice* (the "Stipulation")[2] between the Debtor and Defendant; and after due deliberation, it appearing that sufficient cause exists therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached hereto as Exhibit 1 is approved.

2. The Court retains jurisdiction to hear all disputes arising from the implementation of this Stipulation.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 75 State Street, 18th Floor, Suite 1805, Boston, MA 02109.

[2] Capitalized terms not defined herein have the meanings set forth in the Stipulation.

2

Dated:  December __, 2018

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

{01398418;v1 }
DOCS_SF:98486.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>DASHER TECHNOLOGIES, INC.,<br><br>        Defendant. | Adv. No. 18-50927 (KJC) |

### STIPULATION DISMISSING COMPLAINT WITHOUT PREJUDICE

Tintri, Inc., (the "Plaintiff") and Dasher Technologies, Inc. (the "Defendant" and, together with Plaintiff, the "Parties") hereby stipulate and agree as follows:

1. Within five business days of entry of a Court order approving this stipulation, Defendant shall wire $38,400.00 to Tintri.

2. Upon the entry of an order of the Court approving this stipulation and Tintri's receipt of the $38,400.00 referenced in the foregoing paragraph in good funds, the above-captioned adversary proceeding shall be deemed dismissed without prejudice.

3. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 75 State Street, 18th Floor, Suite 1805, Boston, MA 02109.

| | |
|---|---|
| Dated: December 18, 2018 | Dated: December 18, 2018 |
| **ASHBY & GEDDES, P.A.** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| */s/ Benjamin W. Keenan*<br>Benjamin W. Keenan (DE Bar No. 4724)<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 654-1888<br>E-Mail: bkeenan@ashbygeddes.com | */s/ Colin R. Robinson*<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>E-Mail: crobinson@pszjlaw.com<br><br>*Counsel to Tintri, Inc.* |
| -and- | |
| **SWEENEY, MASON, WILSON & BOSOMWORTH**<br>Bradley D. Bosomworth<br>983 University Ave. #104-C<br>Los Gatos, CA 95032<br>Telephone: 408-356-3000<br>E-mail: bbosomw@smwb.com<br><br>*Counsel for Dasher Technologies, Inc.* | |