# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TINTRI, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 18-11625 (KJC) |
| TINTRI, INC.<br><br>Plaintiff,<br><br>v.<br><br>DASHER TECHNOLOGIES, INC.,<br><br>Defendant. | Adv. No. 18-50927 (KJC)<br><br>*D.I. 8* |

## ORDER APPROVING STIPULATION
## DISMISSING COMPLAINT WITHOUT PREJUDICE

Upon certification of counsel for the above-captioned debtor (the "Debtor") for entry of an order approving the *Stipulation Dismissing Complaint Without Prejudice* (the "Stipulation")[2] between the Debtor and Defendant; and after due deliberation, it appearing that sufficient cause exists therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached hereto as Exhibit 1 is approved.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 6978. The Debtor's service address is: 75 State Street, 18th Floor, Suite 1805, Boston, MA 02109.

[2] Capitalized terms not defined herein have the meanings set forth in the Stipulation.

DOCS_SF:98486.1

2. The Court retains jurisdiction to hear all disputes arising from the implementation of this Stipulation.

Dated: January 11, 2019

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

DOCS_SF:98486.1